# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00672-CR

**Torrys Dewayne Bailey, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 59958, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Torrys Dewayne Bailey seeks to appeal from a judgment of conviction for forgery. The trial court has certified that Bailey waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: December 1, 2006

Do Not Publish